No. 1521, Misc.  GRAYS *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 1546, Misc.  CURL *v.* WISCONSIN.  Sup. Ct. Wis. Certiorari denied.

No. 1557, Misc.  HAMILTON *v.* FAULKNER.  Sup. Ct. Ill.  Certiorari denied.  *John Unger* for petitioner. *John E. Sebat* for respondent.

No. 1565, Misc.  McCONNELL *v.* WASHINGTON ET AL. Sup. Ct. Wash.  Certiorari denied.

No. 1568, Misc.  PARKER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1577, Misc.  FRAZIER *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 1582, Misc.  BALL *v.* MARYLAND.  C. A. 4th Cir. Certiorari denied.

No. 1584, Misc.  FORD *v.* COMSTOCK, CONSERVATION CENTER SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 1589, Misc.  CALDWELL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.